Sol Kass et al., Respondents, *v.* Ralph Kaplan et al., Appellants.

Argued October 6, 1952; decided October 16, 1952.

*James Dempsey* and *Bartholomew A. Moynahan* for appellants.

*Otho S. Bowling* and *Harry C. Brenner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.